UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 0765154 |
| VERSUS | : | 18 U.S.C. §641 |
| JESSICA J. JONES | : | Case No. 07-50099 |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

That on or about 27 September 2007, at Barksdale AFB, Louisiana, in the Shreveport Division of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, JESSICA J. JONES did willfully and wrongfully steal and purloin the following: a Coach wallet (valued at $166.00) and a candy bar (valued at $1.09) of the aggregate value of $167.09, of the goods and property of the United States, in violation of 18 U.S.C. §641.

DONALD W. WASHINGTON
United States Attorney

BY: *[signature]*
JOHN S. ODOM, JR.
Special Asst. U.S. Attorney