U.S. District Court
Western District of Louisiana
Robert H. Shemwell, Clerk
RECEIVED
Date: 12-07-08
By: M. Cassanova

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

**JESSICA J. JONES**
Defendant

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE IN A MISDEMEANOR CASE**

CASE NO. **07-50099**

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States Magistrate Judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

JESSICA J. JONES                                                     _/s/ Jessie Jones_
                                                                              Defendant

................................................................................................

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.

_/s/ Jessie Jones_
JESSICA J. JONES, Defendant

Consented to by United States.

_/s/ John S. Odom, Jr._
John S. Odom, Jr., Special Assistant United States Attorney

................................................................................................

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

_/s/ Jessie Jones_
JESSICA J. JONES, Defendant

................................................................................................

_/s/_ Defendant's Attorney (if any)

_/s/ Mark L. Hornsby_
Mark L. Hornsby, United States Magistrate Judge

_December 7, 2007_
Date