Case 5:07-cr-50099-MLH   Document 8   Filed 03/07/08   Page 1 of 1 PageID #: 9

**MAGISTRATE JUDGE:** MARK L. HORNSBY    **DATE:** MARCH 07, 2008
**PROSECUTING:** JOHN S. ODOM, JR.    **SHREVEPORT BAFB DOCKET:**

| | | |
|---|---|---|
| **CASE NO.:** 08-cr-00065-01 | **COUNT NO.:** ONE (12-31-07) | **TIME IN COURT:** ----- |
| **CVB NO.:** 1295246 | **ATTORNEY:** | |
| **NAME:** JACOREY R. STEVENSON | **SET FOR:** DOCKET CALL | **PLEA:**    **JUDG:** |
| **CITATION:** 18 USC 641 | **PENALTY:** $100,000/1 YEAR/BOTH | **FINE:**    **ASSM:** |
| **OFFENSE:** LARCENY | | |

**COMMENTS:** DEFENDANT FAILED TO RECEIVE NOTICE TO APPEAR. INITIAL APPEARANCE IS CONTINUED TO FRIDAY, APRIL 18, 2008 AT 09:30 A.M.

| | | |
|---|---|---|
| **CASE NO.:** 08-cr-00064-01 | **COUNT NO.:** ONE (12-15-07) | **TIME IN COURT:** 00:05 |
| **CVB NO.:** 1295242 | **ATTORNEY:** | |
| **NAME:** SCHERRIE R. WOODYARD | **SET FOR:** INITIAL APPEARANCE | **PLEA:**    **JUDG:** |
| **CITATION:** 18 USC 641 | **PENALTY:** $100,000/1 YEAR/BOTH | **FINE:**    **ASSM:** |
| **OFFENSE:** LARCENY | | |

**COMMENTS:** ARRAIGNMENT IS CONTINUED TO FRIDAY, JUNE 20, 2008 AT 02:00 P.M. $1,000 UNSECURED BOND. AFTER A REVIEW OF THE FINANCIAL AFFIDAVIT, THE FEDERAL PUBLIC DEFENDER IS APPOINTED.

| | | |
|---|---|---|
| **CASE NO.:** 07-50110-01 | **COUNT NO.:** ONE (10-10-07) | **TIME IN COURT:** 00:15 |
| **CVB NO.:** 0896098 (ND) | **ATTORNEY:** Craig Smith (R) | **STATUS CONFERENCE HELD:** 00:15 |
| **NAME:** GIZELLE GRADFORD | **SET FOR:** IAP/ARN/SENTENCING | **PLEA:** G    **JUDG:** G |
| **CITATION:** 18 USC 641 | **PENALTY:** $100,000/1 YEAR/BOTH | **FINE:** $250    **ASSM:** $25 |
| **OFFENSE:** LARCENY | | |

**COMMENTS:** DEFENDANT IS PLACED ON ONE YEAR OF UNSUPERVISED PROBATION AND IS ORDERED TO PAY A FINE OF $250 AND SPECIAL ASSESSMENT OF $25 TO THE CRIME VICTIM FUND.

| | | |
|---|---|---|
| **CASE NO.:** 07-50099 | **COUNT NO.:** ONE (09-27-07) | **TIME IN COURT:** ----- |
| **CVB NO.:** 0765154 (NG) | **ATTORNEY:** Betty Marak (FPD) | |
| **NAME:** JESSICA J. JONES | **SET FOR:** DOCKET CALL | **PLEA:** G    **JUDG:** G |
| **CITATION:** 18 USC 641 | **PENALTY:** $100,000/1 YEAR/BOTH | **FINE:**    **ASSM:** |
| **OFFENSE:** LARCENY | | |

**COMMENTS:** SENTENCING IS CONTINUED TO FRIDAY, APRIL 18, 2008 AT 02:00 P.M. BOND IS CONTINUED.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE