| | | |
|---|---|---|
| **CASE NO.:** 07-50095-01 | **COUNT NO.:** ONE (7-27-07) | **TIME IN COURT:** 00:05 |
| **CVB NO.:** 0896081 **(ND)** | **ATTORNEY:** Don Miller (R) | **STATUS CONFERENCE HELD:** 00:05 |
| **NAME:** RITA M. SUMMERS | **SET FOR:** SENTENCING | **PLEA:** G     **JUDG:** G |
| **CITATION:** 18 USC 641 | **PENALTY:** $100,000/1 YEAR/BOTH | **FINE:** $900     **ASSM:** $25 |
| **OFFENSE:** LARCENY | | |

**COMMENTS:** DEFENDANT IS PLACED ON ONE YEAR OF UNSUPERVISED PROBATION, WITH SPECIAL CONDITIONS. COMMIT NO FURTHER VIOLATIONS. PAY FINE AND ASSESSMENT IN FULL BY FRIDAY, JULY 11, 2008 OR APPEAR IN COURT ON FRIDAY, JULY 18, 2008 AT 02:00 P.M. FOR FURTHER SENTENCING.

| | | |
|---|---|---|
| **CASE NO.:** 07-50099 | **COUNT NO.:** ONE (09-27-07) | **TIME IN COURT:** 00:05 |
| **CVB NO.:** 0765154 **(ND)** | **ATTORNEY:** Betty Marak (FPD) | **STATUS CONFERENCE HELD:** 00:05 |
| **NAME:** JESSICA J. JONES | **SET FOR:** SENTENCING | **PLEA:** G     **JUDG:** G |
| **CITATION:** 18 USC 641 | **PENALTY:** $100,000/1 YEAR/BOTH | **FINE:** $300     **ASSM:** $25 |
| **OFFENSE:** LARCENY | | |

**COMMENTS:** DEFENDANT IS PLACED ON ONE YEAR OF UNSUPERVISED PROBATION, WITH SPECIAL CONDITIONS. COMMIT NO FURTHER VIOLATIONS. PAY FINE AND ASSESSMENT IN FULL BY FRIDAY, JULY 11, 2008 OR APPEAR IN COURT ON FRIDAY, JULY 18, 2008 AT 02:00 P.M. FOR FURTHER SENTENCING.

| | | |
|---|---|---|
| **CASE NO.:** 07-50111-01 | **COUNT NO.:** ONE (10-12-07) | **TIME IN COURT:** 00:05 |
| **CVB NO.:** 1295229 **(ND)** | **ATTORNEY:** Betty Marak (FPD) | **STATUS CONFERENCE HELD:** 00:05 |
| **NAME:** PAULINE MILES | **SET FOR:** SENTENCING | **PLEA:** G     **JUDG:** G |
| **CITATION:** 18 USC 641 | **PENALTY:** $100,000/1 YEAR/BOTH | **FINE:** $400     **ASSM:** $25 |
| **OFFENSE:** LARCENY | | |

**COMMENTS:** DEFENDANT IS PLACED ON ONE YEAR OF <u>SUPERVISED</u> PROBATION, WITH SPECIAL CONDITIONS. COMMIT NO FURTHER VIOLATIONS. PAY FINE AND ASSESSMENT IN FULL BY FRIDAY, JULY 11, 2008 OR APPEAR IN COURT ON FRIDAY, JULY 18, 2008 AT 02:00 P.M. FOR FURTHER SENTENCING.

| | | |
|---|---|---|
| **CASE NO.:** 07-50091-01 | **COUNT NO.:** ONE (7-20-07) | **TIME IN COURT:** 00:05 |
| **CVB NO.:** 1294778 **(ND)** | **ATTORNEY:** Betty Marak (FPD) | **STATUS CONFERENCE HELD:** 00:05 |
| **NAME:** CAROL D. LLOYD | **SET FOR:** SENTENCING | **PLEA:** G     **JUDG:** G |
| **CITATION:** 18 USC 641 | **PENALTY:** $100,000/1 YEAR/BOTH | **FINE:** $1,200     **ASSM:** |
| **OFFENSE:** LARCENY | | |

**COMMENTS:** DEFENDANT IS PLACED ON ONE YEAR OF UNSUPERVISED PROBATION, WITH SPECIAL CONDITIONS. COMMIT NO FURTHER VIOLATIONS. PAY FINE AND ASSESSMENT IN FULL BY FRIDAY, JULY 11, 2008 OR APPEAR IN COURT ON FRIDAY, JULY 18, 2008 AT 02:00 P.M. FOR FURTHER SENTENCING.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE